FRANCIS CHARTIER *versus* MICHEL TREMBLÉ

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Continued *p. 191; (2) continued *p. 334; (3) continued *p. 444; (4) rule to join in error *p. 503; (5) judgment affirmed *p. 514.

PAPERS IN FILE: (1) Precipe for certiorari; (2) writ of certiorari and allowance; (3) transcript of J. P. record; (4) letter from Smith, J. P., to clerk of Supreme Court; (5) precipe for execution fi. fa.

*Office Docket*, MS p. 125, c. 32. (Case 85 of 1820) Recorded in *Book B*, MS pp. 448–50.